THE STATE OF OHIO, APPELLANT, *v.* DZUBAK, APPELLEE.

[Cite as *State v. Dzubak* (2002), 94 Ohio St.3d 508.]

(No. 01–2057—Submitted February 27, 2002—Decided April 3, 2002.)

---

The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals to apply *State v. Weideman* (2002), 94 Ohio St.3d 501, 764 N.E.2d 997.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *State v. Weideman* (2002), 94 Ohio St.3d 501, 764 N.E.2d 997.

---

*James M. Gillette,* Police Prosecutor, for appellant.